William D. Locher, Esq. (CSB # 090548)
wlocher@gibbsgiden.com
Luke N. Eaton, Esq. (CSB # 280387)
lneaton@gibbsgiden.com
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Plaintiff
GENERAL SUPPLY & SERVICES, INC.,
a Delaware corporation, dba GEXPRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SUPPLY & SERVICES, INC., A DELAWARE CORPORATION, DBA GEXPRO,<br><br>Plaintiff,<br><br>v.<br><br>ACTION SERVICES GROUP, INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>v.<br><br>SAFEWAY INC.,<br><br>Third Party Defendant | Case No. C-15-00587 MEJ<br><br>~~[PROPOSED]~~ **ORDER RE REQUEST TO WITHDRAW APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACHMENT** |

///

///

///

///

1

*[PROPOSED] ORDER ON REQUEST TO WITHDRAW APPLICATION FOR WRIT OF ATTACHMENT*

Pursuant to the Request of Plaintiff GENERAL SUPPLY & SERVICES, INC. dba GEXPRO ("GEXPRO") and good cause showing:

The Court Orders that the Application For Right To Attach Order And Order For Issuance Of Writ Of Attachment (the "Application") filed by Plaintiff GEXPRO Against Defendant Action Services Group, Inc., is hereby withdrawn and the hearing on GEXPRO's Application is hereby vacated and taken off-calendar.

**IT IS SO ORDERED**.

Dated: June 29, 2015

By: _____

The Honorable Maria-Elena James
Magistrate Judge
United States District Court
Northern District