1  William D. Locher, Esq. (CSB # 090548)
   wlocher@gibbsgiden.com
2  Luke N. Eaton, Esq. (CSB # 280387)
   lneaton@gibbsgiden.com
3  GIBBS GIDEN LOCHER TURNER
   SENET & WITTBRODT LLP
4  1880 Century Park East, 12th Floor
   Los Angeles, California 90067-1621
5  (310) 552-3400
   Fax (310) 552-0805

6  Attorneys for Plaintiff
   GENERAL SUPPLY & SERVICES, INC.,
7  a Delaware corporation, dba GEXPRO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SUPPLY & SERVICES, INC., A DELAWARE CORPORATION, DBA GEXPRO, <br><br> Plaintiff, <br><br> v. <br><br> ACTION SERVICES GROUP, INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. <br><br> v. <br><br> SAFEWAY INC., <br><br> Third Party Defendant | Case No. C-15-00587 MEJ <br><br> [~~PROPOSED~~] ORDER RE STIPULATION TO CONTINUE FILING DEADLINES RE: PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANT ACTION SERVICES GROUP, INC. |

Pursuant to the Stipulation of all parties herein, the Court Orders as follows:

///

///

1. That the deadline for Defendant Action Services Group, Inc. to file an Opposition to GEXPRO's Application be continued to August 10, 2015;

2. That the deadline for GEXPRO to file a Reply to the Opposition brief filed by ACTION to GEXPRO's Application be continued to August 14, 2015

**IT IS SO ORDERED**.

Dated: July 30, 2015

By: _____
The Honorable Maria-Elena James
Magistrate Judge
United States District Court
Northern District