William D. Locher, Esq. (CSB # 090548)
wlocher@gibbsgiden.com
Luke N. Eaton, Esq. (CSB # 280387)
lneaton@gibbsgiden.com
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Plaintiff
GENERAL SUPPLY & SERVICES, INC.,
a Delaware corporation, dba GEXPRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SUPPLY & SERVICES, INC., A DELAWARE CORPORATION, DBA GEXPRO,<br><br>Plaintiff,<br><br>v.<br><br>ACTION SERVICES GROUP, INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>v.<br><br>SAFEWAY INC.,<br><br>Third Party Defendant | Case No. C-15-00587 MEJ<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS RE CONDITIONAL SETTLEMENT** |

Pursuant to the Stipulation of all of the Parties to the Complaint, and for good cause shown, the Court Orders as follows:

///

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff GENERAL SUPPLY & SERVICES, INC. dba GEXPRO ("GEXPRO") in the above-captioned action be dismissed, without prejudice, based on the terms set forth in the Stipulation between GEXPRO and Defendant ACTION SERVICES GROUP, INC. ("ACTION").  It is further ordered that this Court shall expressly retain jurisdiction over this action pursuant to Code of Civil Procedure Section 664.6, or any applicable Federal rule or procedure, to set aside the dismissal and enforce the terms of the parties' written settlement agreement in accordance with the terms of the Stipulation, and enter a Judgment against ACTION pursuant to the written Stipulation for Entry of Judgment.

**IT IS SO ORDERED**.

Dated: August 26, 2015

By:_____
The Honorable Maria-Elena James
Magistrate Judge
United States District Court
Northern District