GEORGE WILLIAM WOLFF (81126)
KRISTIN KERR (218361)
LAW OFFICE OF GEORGE W. WOLFF
505 SANSOME STREET SUITE 1525
P.O. BOX 26749
SAN FRANCISCO CA 94126-6749
Telephone: (415)788-1881
Telecopier: (415)788-0880
george@wolfflaw.com
kristin@wolfflaw.com

Attorneys for Defendant and Third Party Plaintiff, ACTION SERVICES GROUP, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| General Supply & Services, Inc., a Delaware corporation, dba GEXPRO,<br><br>Plaintiff,<br><br>vs.<br><br>ACTION SERVICES GROUP, Inc., and DOES 1 through 10, inclusive,<br><br>**Defendants, and Third Party Plaintiff**<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>**Third Party Defendants** | Case No.: C-15-00587-MEJ<br><br>[~~PROPOSED~~]<br><br>**ORDER FOR DISMISSAL** |

    Pursuant to the Stipulation of ACTION SERVICES GROUP, INC. and SAFEWAY INC, and for good cause shown, the Court Orders as follows:

Case No.:C-15-00587-MEJ                                                          [Proposed] Order for Dismissal

-1-

IT IS HEREBY ORDERED:

The Third Party Action brought by Defendant and Third Party Plaintiff Action Services Group, Inc. against sole Third Party Defendant Safeway Inc. [Case No.: C-15-00587-MEJ] is dismissed by this Court <u>with prejudice</u>.

**IT IS SO ORDERED.**

Dated: October 6, 2015            By: _____

The Honorable Maria-Elena James
Magistrate Judge
United States District Court
Northern District

Case No.:C-15-00587-MEJ                                       [Proposed]   Order for Dismissal